UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MARCELLA LOWE,                                )
                                             )
                    Plaintiff,                )
                                             )        **JUDGMENT IN A CIVIL CASE**
          v.                                  )
                                             )        **CASE NO. 4:21-CV-89-D**
KILOLO KIJAKAZI, Acting Commissioner of       )
Social Security,                              )
                    Defendant.                )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 20]. In sum, the court DENIES plaintiff's motion for judgment on the pleadings
[D.E. 15], GRANTS defendant's motion for judgment on the pleadings [D.E. 17], AFFIRMS
defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 8, 2022, and Copies To:**
David A. Jones                                    (via CM/ECF electronic notification)
Lisa M. Rayo                                      (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
August 8, 2022                          (By) /s/ Nicole Sellers
                                         Deputy Clerk